UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

BRANDON JASON FLAKES,

        Defendant.
_____/

Case No. 1:07:CR:113

HON. GORDON J. QUIST

**ORDER**

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge filed August 16, 2007, is approved and adopted as the Opinion and Findings of this Court.

2. Defendant Brandon Jason Flakes' plea of guilty to Count One of the Indictment is accepted. Defendant Brandon Jason Flakes is adjudicated guilty.

3. Defendant Brandon Jason Flakes shall be detained pending sentencing.

4. A decision of whether to accept the written plea agreement will be made at the time of sentencing after the Court has had the opportunity to review the Presentence Investigation Report. See U.S.S.G. Ch. 6.

Dated: September 28, 2007

                                      /s/ Gordon J. Quist
                                      GORDON J. QUIST
                                      UNITED STATES DISTRICT JUDGE